IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                        )<br>            Plaintiff,                 )<br>                                        )<br>     v.                                 )<br>                                        )<br> KEVIN LEE CRONIC,                       )<br>                                        )<br>                                        )<br>            Defendant.                  )<br>                                        )<br> _____) | CR. S. 05-502-FCD<br><br>ORDER RE: TRANSPORTATION<br>AND SUBSISTENCE PURSUANT<br><u>TO 18 U.S.C. §4285</u> |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to furnish the above named Kevin Lee Cronic, with transportation from Sacramento, California, to the place of his residence in Mercer Island, Washington (near Seattle) upon his release from custody on or about December 22, 2005. In addition, the United States Marshal must furnish Mr. Cronic with money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of Title 5, United States Code. Mr. Cronic is financially unable to return to his home from his court appearance on December 21, 2005 without transportation and

//

//

subsistence expenses.   This is authorized under 18 U.S.C. § 4285.

IT IS SO ORDERED.

DATED: December 22, 2005.

```
                              _____
                              UNITED STATES MAGISTRATE JUDGE
```