```
                                                              FILED
                                                         December 22, 2005
       UNITED STATES DISTRICT COURT FOR THE            CLERK, US DISTRICT COURT
                                                        EASTERN DISTRICT OF
             EASTERN DISTRICT OF CALIFORNIA                  CALIFORNIA
                                                            DEPUTY CLERK
```

UNITED STATES OF AMERICA, )
)                Case No. 2:05-cr-502 FCD
        Plaintiff,            )
v.                                              )                ORDER FOR RELEASE OF
                                                )                PERSON IN CUSTODY
Kevin Lee Cronic,                   )
                                                )
        Defendant.           )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Kevin Lee Cronic  Case No. 2:05-cr-502 FCD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of _____

    _X_ $100,000 Unsecured Appearance Bond

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond secured by Real Property

    __ Corporate Surety Bail Bond

    _X_ (Other) PTS conditions/supervision

Issued at  Sacramento, CA  on December 22, 2005  at  10:30 a.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge