1  DENNIS S. WAKS, Bar #142581
   Acting Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   KEVIN LEE CRONIC

6

7
                 IN THE UNITED STATES DISTRICT COURT
8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,          )
11                                     )    Cr.S. 05-502-FCD
                      Plaintiff,       )
12                                     )
          v.                           )
13                                     )    **STIPULATION AND ORDER;**
                                       )    **EXCLUSION OF TIME**
14                                     )
   KEVIN LEE CRONIC,                   )
15                                     )    Date:  March 13, 2006
                      Defendant.       )    Time:  9:30 a.m.
16 _____      )    Judge: Hon. Frank C. Damrell

17

18      IT IS HEREBY STIPULATED by and between the parties hereto through
19
   their respective counsel, ELLEN ENDRIZZI, Assistant United States
20
   Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant
21
   Federal Defender, that the status conference hearing date of January
22
   30, 2006 shall now be continued March 13, 2006 at 9:30 a.m.
23
        This continuance is requested as the case involves several boxes
24
   of discovery which are being copied and provided by the government.
25
   Defense counsel needs additional time to review discovery with the
26
   defendant, to examine possible defenses, conduct investigation, and
27

28

discuss the case with the prosecutor.

Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through March 13, 2006, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: January 26, 2006.                    Respectfully submitted,

                                            DENNIS S. WAKS
                                            Acting Federal Defender


                                            /s/ RACHELLE BARBOUR
                                            RACHELLE BARBOUR
                                            Assistant Federal Defender
                                            Attorney for Defendant

                                            McGREGOR SCOTT
                                            United States Attorney


DATED: January 26, 2006.                    /s/ RACHELLE BARBOUR for
                                            ELLEN ENDRIZZI
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff



                            O R D E R

     **IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.


DATED: January 26, 2006                     /s/Frank C. Damrell, Jr.
                                            FRANK C. DAMRELL
                                            United States District Judge