DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KEVIN LEE CRONIC


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S. 05-502-FCD |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER;** |
| | ) | **EXCLUSION OF TIME** |
| KEVIN LEE CRONIC, | ) | |
| Defendant. | ) | Date: May 1, 2006 |
| | ) | Time: 9:30 a.m. |
| _____ | ) | Judge: Hon. Frank C. Damrell |


IT IS HEREBY STIPULATED by and between the parties hereto through

their respective counsel, ELLEN ENDRIZZI, Assistant United States

Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant

Federal Defender, that the status conference hearing date of March 13,

2006 shall now be continued to May 1, 2006 at 9:30 a.m.

This continuance is requested as the case involves several boxes

of discovery which have been provided by the government.  Defense

counsel needs additional time to review discovery with the defendant,

to examine possible defenses, conduct investigation, and discuss the

case with the prosecutor. The defendant lives near Seattle, Washington and will have to travel to Sacramento to meet with defense counsel to review the discovery. Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through May 1, 2006, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) and Local Code T4. The parties also agree that in light of the number of documents at issue this matter should be considered complex under 18 U.S.C. § 3161(h)(8)(B)(ii) and Local Code T2.

DATED: March 6, 2006.                    Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Acting Federal Defender


                                         /s/ RACHELLE BARBOUR
                                         RACHELLE BARBOUR
                                         Assistant Federal Defender
                                         Attorney for Defendant

                                         McGREGOR SCOTT
                                         United States Attorney


DATED: March 6, 2006.                    /s/ RACHELLE BARBOUR for
                                         ELLEN ENDRIZZI
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

_____ **O R D E R** _____

**IT IS SO ORDERED.**

DATED: March 6, 2006


                                         /s/ Frank C. Damrell Jr.
                                         FRANK C. DAMRELL JR.
                                         United States District Judge