DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
KEVIN LEE CRONIC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>KEVIN LEE CRONIC,<br><br>                    Defendant.<br>_____ | Cr.S. 05-502-FCD<br><br>**STIPULATION AND ORDER;**<br>**EXCLUSION OF TIME**<br><br>Date: June 5, 2006<br>Time: 9:30 a.m.<br>Judge: Hon. Frank C. Damrell |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, STEVEN LAPHAM, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, that the status conference hearing date of May 1, 2006 shall now be continued to June 5, 2006 at 9:30 a.m.

This continuance is requested as the case involves several boxes of discovery which have been provided by the government.  Defense counsel needs additional time to review discovery with the defendant, to examine possible defenses, conduct investigation, and discuss the

case with the prosecutor.  Mr. Lapham has recently resumed this case after a trial that lasted several months.  The defendant lives near Seattle, Washington and will have to travel to Sacramento to meet with defense counsel to review the discovery.  Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through June 5, 2006, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) and Local Code T4.  The parties also agree that in light of the number of documents at issue this matter should be considered complex under 18 U.S.C. § 3161(h)(8)(B)(ii) and Local Code T2.

DATED: April 28, 2006.                    Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Acting Federal Defender


                                          /s/ RACHELLE BARBOUR
                                          RACHELLE BARBOUR
                                          Assistant Federal Defender
                                          Attorney for Defendant

                                          McGREGOR SCOTT
                                          United States Attorney


DATED: April 28, 2006.                    /s/ RACHELLE BARBOUR for
                                          R. STEVEN LAPHAM
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

*///*

*///*

*///*

*///*

**O R D E R**

**IT IS SO ORDERED.**

DATED: April 28, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge