1  DANIEL J. BRODERICK, Bar #89424
   Acting Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   KEVIN LEE CRONIC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 05-502-FCD |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION AND ORDER;** |
| | ) | **EXCLUSION OF TIME** |
| | ) | |
| KEVIN LEE CRONIC, | ) | |
| | ) | Date: July 17, 2006 |
| Defendant. | ) | Time: 9:30 a.m. |
| _____ | ) | Judge: Hon. Frank C. Damrell |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, STEVEN LAPHAM, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, that the status conference hearing date of June 5, 2006 shall now be continued to July 17, 2006 at 9:30 a.m.

This continuance is requested as the case involves several boxes of discovery which have been provided by the government.  Defense counsel needs additional time to review discovery with the defendant, to examine possible defenses, conduct investigation, and discuss the

| | |
|---|---|
| 1 | case with the prosecutor.  Mr. Lapham has recently resumed this case |
| 2 | after a trial that lasted several months.  The defendant lives near |
| 3 | Seattle, Washington and will have to travel to Sacramento to meet with |
| 4 | defense counsel to review the discovery.  Accordingly, all counsel and |
| 5 | the defendant agree that time under the Speedy Trial Act from the date |
| 6 | this stipulation is lodged, through July 17, 2006, should be excluded |
| 7 | in computing the time within which trial must commence under the Speedy |
| 8 | Trial Act, pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) and Local Code |
| 9 | T4.  The parties also agree that in light of the number of documents at |
| 10 | issue this matter should be considered complex under 18 U.S.C. § |
| 11 | 3161(h)(8)(B)(ii) and Local Code T2. |

DATED: May 30, 2006.                    Respectfully submitted,

                                                      DANIEL J. BRODERICK
                                                    Acting Federal Defender

                                                    /s/ RACHELLE BARBOUR
                                                    RACHELLE BARBOUR
                                                    Assistant Federal Defender
                                                    Attorney for Defendant

                                                    McGREGOR SCOTT
                                                    United States Attorney

DATED: May 30, 2006.                    /s/ RACHELLE BARBOUR for
                                                    R. STEVEN LAPHAM
                                                    Assistant U.S. Attorney
                                                    Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

DATED: May 31, 2006                     /s/ Frank C. Damrell Jr.
                                                    FRANK C. DAMRELL JR.
                                                    United States District Judge