```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   KEVIN LEE CRONIC
6
7
                IN THE UNITED STATES DISTRICT COURT
8
               FOR THE EASTERN DISTRICT OF CALIFORNIA
9
10
   UNITED STATES OF AMERICA,     )
11                               )   Cr.S. 05-502-FCD
                 Plaintiff,      )
12                               )
        v.                       )
13                               )   STIPULATION AND ORDER;
                                 )   EXCLUSION OF TIME
14                               )
   KEVIN LEE CRONIC,             )
15                               )   Date: August 21, 2006
                 Defendant.      )   Time: 9:30 a.m.
16 _____)   Judge: Hon. Frank C. Damrell
```

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, STEVEN LAPHAM, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, that the status conference hearing date of July 17, 2006 shall now be continued to August 21, 2006 at 9:30 a.m.

This continuance is requested as the case involves several boxes of discovery which have been provided by the government. Defense counsel needs additional time to review discovery with the defendant, to examine possible defenses, conduct investigation, and discuss the

| | |
|---|---|
| 1 | case with the prosecutor.  The defendant lives near Seattle, Washington |
| 2 | and will have to travel to Sacramento to meet with defense counsel to |
| 3 | review the discovery.  Accordingly, all counsel and the defendant agree |
| 4 | that time under the Speedy Trial Act from the date this stipulation is |
| 5 | lodged, through August 21, 2006, should be excluded in computing the |
| 6 | time within which trial must commence under the Speedy Trial Act, |
| 7 | pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) and Local Code T4.  The |
| 8 | parties also agree that in light of the number of documents at |
| 9 | issue this matter should be considered complex under 18 U.S.C. § |
| 10 | 3161(h)(8)(B)(ii) and Local Code T2. |

DATED: July 13, 2006.                    Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Defender


                                         /s/ RACHELLE BARBOUR
                                         RACHELLE BARBOUR
                                         Assistant Federal Defender
                                         Attorney for Defendant

                                         McGREGOR SCOTT
                                         United States Attorney

DATED: July 13, 2006.                    /s/ RACHELLE BARBOUR for
                                         R. STEVEN LAPHAM
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

DATED: July 13, 2005

                                         /s/ Frank C. Damrell Jr.
                                         FRANK C. DAMRELL JR.
                                         United States District Judge

2