```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  RACHELLE BARBOUR, Bar #185395
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    KEVIN LEE CRONIC
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 05-502-FCD |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION AND ORDER;** |
| | ) | **EXCLUSION OF TIME** |
| | ) | |
| KEVIN LEE CRONIC, | ) | |
| | ) | Date: September 5, 2006 |
| Defendant. | ) | Time: 9:30 a.m. |
| _____ | ) | Judge: Hon. Frank C. Damrell Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, STEVEN LAPHAM, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, that the status conference hearing date of August 21, 2006 shall now be continued to September 5, 2006 at 9:30 a.m.

This continuance is requested as the case involves several boxes of discovery which have been provided by the government.  Defense counsel needs additional time to review discovery with the defendant, to examine possible defenses, conduct investigation, and discuss the

case with the prosecutor. The defendant lives near Seattle, Washington and will have to travel to Sacramento to meet with defense counsel to review the discovery. Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through September 5, 2006, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4. The parties also agree that in light of the number of documents at issue this matter should be considered complex under 18 U.S.C. § 3161(h)(8)(B)(ii) and Local Code T2.

DATED: August 18, 2006.                         Respectfully submitted,

                                                DANIEL J. BRODERICK
                                                Federal Defender


                                                /s/ RACHELLE BARBOUR
                                                RACHELLE BARBOUR
                                                Assistant Federal Defender
                                                Attorney for Defendant

                                                McGREGOR SCOTT
                                                United States Attorney


DATED: August 18, 2006.                         /s/ RACHELLE BARBOUR for
                                                R. STEVEN LAPHAM
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

Dated: August 18, 2006

                                                /s/ Frank C. Damrell Jr.
                                                FRANK C. DAMRELL JR.
                                                United States District Judge

2