1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, California 95814
4 | Telephone: (916) 498-5700

5 | Attorney for Defendant
KEVIN LEE CRONIC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 05-0502-FCD |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION AND ORDER;** |
| ) | **EXCLUSION OF TIME** |
| ) | |
| KEVIN LEE CRONIC, ) | |
| ) | Date: September 25, 2006 |
| Defendant. ) | Time: 9:30 a.m. |
| _____ ) | Judge: Hon. Frank C. Damrell Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, STEVEN LAPHAM, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, that the status conference hearing date of September 5, 2006 shall now be continued to September 25, 2006 at 9:30 a.m.

This continuance is requested so that the parties can finalize a plea agreement and provide it to the Court. Mr. Cronic must also arrange travel to Sacramento from his home in Seattle. Defense counsel must discuss the plea agreement and the evidence with Mr. Cronic.

Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through September 25, 2006, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) and Local Code T4. The parties also agree that in light of the number of documents at issue this matter should be considered complex under 18 U.S.C. § 3161(h)(8)(B)(ii) and Local Code T2.

DATED: August 31, 2006.   Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ RACHELLE BARBOUR
RACHELLE BARBOUR
Assistant Federal Defender
Attorney for Defendant

McGREGOR SCOTT
United States Attorney

DATED: August 31, 2006.   /s/ RACHELLE BARBOUR for
R. STEVEN LAPHAM
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

DATED: August 31, 2006   /s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge