```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   KEVIN LEE CRONIC
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>KEVIN LEE CRONIC,<br><br>             Defendant.<br>_____ | No. CR.S. 05-502-FCD<br><br>**MOTION FOR RELEASE OF PASSPORT; ORDER**<br><br>(No hearing requested)<br><br>Judge: Hon. Frank C. Damrell Jr. |

On December 23, 2005, Mr. Cronic deposited his passport with the Court as a condition of his release on bond. On September 25, 2006, the defendant pled guilty. He was sentenced on February 20, 2007 to 33 months in the custody of the Bureau of Prisons.

On April 3, 2007, Mr. Cronic self-surrendered to FCI Sheridan and is now in the custody of the Bureau of Prisons. His calculated release date is August 3, 2009. Because he is now in custody, he asks that the passport be released back to his family.

//

A proposed order follows for the Court's convenience.

Dated: July 12, 2007

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
Federal Defender

                                        /s/ Rachelle Barbour
_____
RACHELLE BARBOUR
Assistant Federal Defender
Attorney for KEVIN LEE CRONIC

**O R D E R**

The Clerk of the Court is ordered to release Mr. Cronic's passport to his fiancee, Nelda Rublica, at 2500 81st Ave. SE, #123, Mercer Island, WA 98040.

Dated: July 12, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE